# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JAZMIN ARELLANO,

        Plaintiff(s),

vs.

GIORGIO ARMANI CORPORATION,

        Defendant(s).

Case No. 2:14-cv-02152-JAD-NJK

ORDER

       This matter is before the Court on the failure of Plaintiff to file a Certificate of Interested Parties. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Plaintiff has failed to comply.

. . .

. . .

. . .

. . .

1   Accordingly, **IT IS ORDERED** that Plaintiff shall file a Certificate of Interested Parties, which
2   fully complies with LR 7.1-1, **no later than 4:00 p.m., January 9, 2015**. Failure to comply may result
3   in the issuance of an order to show cause why sanctions should not be imposed.
4   IT IS SO ORDERED.
5   DATED: January 2, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

2