Dora V. Lane, Esq. (NV Bar No. 8424)
Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone: (775) 327-3000
Facsimile: (775) 786-6179
dlane@hollandhart.com

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAZMIN ARELLANO, Individually<br><br>Plaintiff,<br><br>vs.<br><br>GIORGIO ARMANI CORPORATION, a Foreign Corporation,<br><br>Defendant. | Case No. : 2:14-cv-02152-JAD-NJK<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

### STIPULATION

Plaintiff Jazmin Arellano ("Arellano") and Defendant Giorgio Armani Corporation ("GAC"), by and through their respective counsel of record, stipulate and agree as follows:

1) On December 18, 2014, Arellano filed a Complaint in the above-entitled action.

2) On April 9, 2015, Arellano filed a First Amended Complaint.

3) On April 13, 2015, Arellano served GAC with the Summons and First Amended Complaint. Accordingly, GAC's deadline to respond to the First Amended Complaint is May 4, 2015.

4) The parties have agreed that GAC shall have a three-week (3) extension (or up to and including May 25, 2015) to respond to Arellano's First Amended Complaint. The reason for the extension request is as follows. The matter was recently received by GAC's headquarters in New York, and GAC has just retained local Nevada counsel. Relevant documents that have to be reviewed to respond to the First Amended Complaint are located in both New York and Nevada. Accordingly, the three-week (3) extension is necessary to enable GAC to meaningfully evaluate

1  Arellano's claims and prepare a response.

2      5)   This is the first request for an extension of this deadline.

3  DATED this 5th day of May, 2015.                    DATED this 5th day of May, 2015.

5  By:   /s/ Ruth L. Cohen                             By:   /s/ Dora V. Lane
       Ruth L. Cohen, Esq.                                   Dora V. Lane, Esq.
6      Nevada Bar No. 1782                                   Nevada Bar No. 8424
       Cohen & Padda, LLP                                    Holland & Hart, LLP
7      4240 W. Flamingo Rd. Suite 220                        5441 Kietzke Lane, 2nd Floor
       Las Vegas, Nevada 89103                               Reno, Nevada 89511
8      Telephone:  (702) 366-1888                            Telephone:  (775) 327-3000dod

9      *Attorneys for Plaintiff*                             *Attorneys for Defendant*
       *Jazmin Arellano*                                     *Giorgio Armani Corporation*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  May 6, 2015

7760156_1