AO 154 (10/03) Substitution of Attorney

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JAZMIN ARELLANO,  
an individual,

    Plaintiff,

v.

GIORGIO ARMANI CORPORATION a  
Foreign Corporation;

    Defendants.

Case No.:   2:14-cv-02152-JAD-NJK

**CONSENT ORDER GRANTING  
SUBSTITUTION OF ATTORNEY**

Notice is hereby given that, subject to approval by the court, JAZMIN ARELLANO substitutes Daniel Marks, Esq. of the Law Office of Daniel Marks, State Bar No. 002003 as counsel of record in place of Paul S. Padda, Esq., of Cohen & Padda, PLLC.

Contact information for new counsel is as follows:

LAW OFFICE OF DANIEL MARKS  
610 South Ninth Street  
Las Vegas, Nevada 89101  
(702) 386-0536: FAX (702) 386-6812  
office@danielmarks.net

I consent to the above substitution.

Date: 7.12.15

_____  
Jazmin Arellano

*Paul S. Padda, ESQ. was never my attorney  JA.*

I consent to being substituted.

Date: 7/15/2015

_____  
Paul S. Padda, Esq.

I consent to the above substitution.

Date: 7/15/15

_____  
Daniel Marks, Esq.

The substitution of attorney is hereby approved and so ORDERED.

Date: __ July 17, 2015

_____  
Judge