**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JAZMIN ARELLANO,<br><br>    Plaintiff,<br>v.<br><br>GIORGIO ARMANI CORPORATION,<br><br>    Defendant. | Case No. 2:14-cv-02152-JAD-NJK<br><br>**MINUTES OF PROCEEDINGS**<br><br>Dated: August 14, 2015 |

**PRESENT:**  THE HONORABLE PEGGY A. LEEN, United States Magistrate Judge

**JUDICIAL ASSISTANT:** Teresa Hoskin          **RECORDER/TAPE #**:  None

**COUNSEL FOR PLAINTIFF(S):** Daniel Marks, Nicole Young

**COUNSEL FOR DEFENDANT(S):** Calder Huntington

**PROCEEDING:**  Early Neutral Evaluation

An early neutral evaluation conference was conducted commencing at 9:30 a.m. Plaintiff Jazmin Arellano was present as well as John Skalak and Judy Ku on behalf of Defendant. The court heard presentations from counsel and from each of the parties present and thereafter met individually with counsel and each individual party.

The lead attorney from Defendant who will be trying this case was not present as ordered. A client representative with authority to settle this case was no present. Rather, Defendant came to the settlement conference with a preset "nuisance" amount set by trial counsel and the client representative, neither of whom participated in the process, or were available to consider their position in light of information learned at the session, and the court's evaluation.

Counsel for Defendant, Dora Lane, is admonished for these failures and is warned that a reoccurrence will result in sanctions individually or jointly and severally with the client. Sending a lawyer and client representative with no genuine authority to consider a settlement demand wasted the court's time and the time of opposing counsel and is an abusive litigation tactic that will not be tolerated. Sanctions will not be imposed only because counsel for Plaintiff did not make a demand prior to the settlement.

1       No settlement was reached.  The conference concluded at 1:09 p.m.

                                                            PEGGY A. LEEN
                                                            UNITED STATES MAGISTRATE JUDGE