1  Dora V. Lane, Esq.
   Nevada Bar No. 8424
2  R. Calder Huntington, Esq.
   Nevada Bar No. 11996
3  Holland & Hart LLP
   9555 Hillwood Dr., 2nd Floor
4  Las Vegas, NV 89135
   Telephone: (702) 669-4600
5  Facsimile:  (702) 669-4650
   dlane@hollandhart.com
6  rchuntington@hollandhart.com

7  *Attorneys for Defendant*

8

9                    **UNITED STATES DISTRICT COURT**

10                       **DISTRICT OF NEVADA**

11 | JAZMIN ARELLANO, Individually      | Case No. :  2:14-cv-02152-JAD-NJK |

12 |                Plaintiff,          | **STIPULATION AND ORDER TO** |
                                         **VOLUNTARILY DISMISS**
13 | vs.                                |

14 | GIORGIO ARMANI CORPORATION, a      |
     Foreign Corporation,
15 |                                    |
16 |                Defendant.          |

17                        **STIPULATION**

18        Plaintiff Jazmin Arellano ("Arellano") and Defendant Giorgio Armani Corporation

19  ("GAC"), by and through their respective counsel of record, and pursuant to Fed. R. Civ. P.

20  41(a)(1)(A)(ii), hereby stipulate to voluntary dismissal with prejudice of the above-captioned

21

22

23

24

25

26

27  / / /

28  / / /

*HOLLAND & HART LLP*
*9555 Hillwood Drive, 2nd Floor*
*Las Vegas, NV 89134*
*Phone: (702) 669-4600 ♦ Fax: (702) 669-4650*

1   action and all associated claims, each party to bear their own attorneys' fees and costs.

2   DATED this 7 day of Oct, 2015.          DATED this 8 day of Oct., 2015.

3

4   By: _____          By: _____
        Daniel Marks, Esq.                    Dora V. Lane, Esq.
5       610 South Ninth Street                Nevada Bar No. 8424
        Las Vegas, Nevada 89101               R. Calder Huntington, Esq.
6       office@danielmarks.net                Nevada Bar No. 11996
        *Attorney for Plaintiff Jazmin Arellano*   Holland & Hart LLP
7                                             9555 Hillwood Dr., 2nd Floor
                                              Las Vegas, NV 89135
8                                             Telephone: (702) 669-4600
                                              Facsimile: (702) 669-4650
9
                                              *Attorneys for Defendant*
10                                            *Giorgio Armani Corporation*

11

12

13                                **ORDER**

14        Based on the parties' stipulation, IT IS HEREBY ORDERED, that this case is

15   DISMISSED with prejudice, each side to bear its own fees and costs.  All pending

16   motions are DENIED as moot, and the hearing before Magistrate Judge Nancy

17   Koppe on 10/21/15 is VACATED.  The Clerk of Court is instructed to close this

18   case.

19        Dated:  October 8, 2015.

20

21        _____
22        UNITED STATES DISTRICT JUDGE

   8105254_1

23

24

25

26

27

28

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4600 ◆ Fax: (702) 669-4650